IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SOKOLSKY,

    Plaintiff,                        No. CIV S-07-1002 GEB KJM P

    vs.

JIM ROSTRON, et al.,

    Defendants.

_____/    ORDER

        Plaintiff is a civilly committed person proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for leave to proceed in forma pauperis is granted.

1

2. Service is appropriate for the following defendants: Rostron, Blount and Bukowski.

3. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 25, 2007.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 2 above; and

   d. Four copies of the endorsed complaint filed May 25, 2007.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 3, 2007.

_____
U.S. MAGISTRATE JUDGE

soko1002.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SOKOLSKY,

     Plaintiff,　　　　　　　　　　No. CIV S-07-1002 GEB KJM P

  vs.

JIM ROSTRON, et al,　　　　　　　　　NOTICE OF SUBMISSION

     Defendants.　　　　　　　　　　OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     ____ completed summons form

     ____ completed USM-285 forms

     ____ copies of the _____
                      Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff