IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SOKOLSKY,

        Plaintiff,               No. CIV S-07-1002 GEB KJM P

     vs.

JIM ROSTRON, et al.,

        Defendants.      ORDER

                          /

       Plaintiff has requested an extension of time to file and serve an opposition to defendants' motion to dismiss.   Good cause appearing, IT IS HEREBY ORDERED that:

           1.  Plaintiff's request for an extension of time (docket no. 10) is granted; and

           2.  Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendants' motion to dismiss (docket no. 8).  Defendants' reply, if any, shall be filed seven days thereafter.

DATED:  February 15, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
soko1002.36