IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SOKOLSKY,

    Plaintiff,                    No. CIV S-07-1002 GEB KJM P

    vs.

JIM ROSTRON, et al.,

    Defendant.                ORDER

_____/

        On January 18, 2008, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  On February 15, 2008, plaintiff was granted a sixty day extension of time to file an opposition to defendants' motion to dismiss.  Plaintiff has not filed his opposition.

        Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On November 13, 2007, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

1 inherent power of the Court." In the order filed November 13, 2007, plaintiff was advised that
2 failure to comply with the Local Rules may result in a recommendation that the action be
3 dismissed.
4       Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
5 date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Failure to
6 file an opposition will be deemed as a statement of non-opposition and shall result in a
7 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
8 DATED: May 30, 2008.

                                              _____
                                              U.S. MAGISTRATE JUDGE

soko1002.46osc