IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. SOKOLSKY,

    Plaintiff,                      No. CIV S-07-1002 GEB KJM P

    vs.

JIM ROSTRON, Acting Director, et al.,

    Defendants.              <u>ORDER</u>

_____/

        In their pretrial statement, defendants contend that, as they say plaintiff's motion for summary judgment made clear, plaintiff has no admissible evidence to support his claims; defendants thus ask the court to exercise its lawful discretion and dismiss the action it its entirety. The court declines to do so without a formal motion from defendants.

        IT IS THEREFORE ORDERED that:

        1. The remaining dates in this court's scheduling order (docket no. 20) are hereby vacated; and

/////

/////

/////

/////

1

1      2.  Defendants are given thirty days from the date of this order in which to file a
2 motion for summary judgment; plaintiff's opposition is due thirty days after the motion for
3 summary judgment is filed and defendants' reply, if any, is due fifteen days after the opposition
4 is filed.
5 DATED:  November 23, 2009.

_____
U.S. MAGISTRATE JUDGE

2
soko1002.vsch